UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
No. 5:20-CR-26-DCR-MAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>CHEIKH GUEYE, )<br>)<br>    Defendant )<br>)  | **Motion for Downward Departure and/or Variance** |

Defendant Cheikh Gueye hereby moves pursuant to U.S.S.G. § 5H1.3 and/or 5K2.11 for a downward departure and moves further pursuant to 18 U.S.C. § 3553 for a downward variance from the sentencing guidelines otherwise deemed applicable. The grounds for this motion are further set out in the memorandum submitted herewith.

        Respectfully submitted,

        BY:  s/Robert L. Abell
        ROBERT L. ABELL
        120 N. Upper St.
        Lexington, KY 40507
        859-254-7076 (phone)
        859-281-6541 (fax)
        E-mail: Robert@RobertAbellLaw.com
        COUNSEL FOR DEFENDANT

**Certificate of Service**

I certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:  All Counsel of Record.

        BY:  s/Robert L. Abell
        Robert L. Abell
        COUNSEL FOR DEFENDANT