**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 20-cr-26-DCR**

**UNITED STATES OF AMERICA**                         **PLAINTIFF**

**V.**        <u>**UNITED STATES' MEMORANDUM ON PSR OBJECTIONS**</u>

**CHEIKH GUEYE**                                    **DEFENDANT**

\* \* \* \* \* \*

Objection No. 1: Three level enhancement for dangerous weapon

The United States is bound by its recommendation of the two-level enhancement in the plea agreement.

Objection No. 2: Departure based on U.S.S.G. Section 5 provisions

Defendant argues that he should receive a departure from the applicable guideline range based on U.S.S.G § 5K2.11 because his conduct may not cause or threaten the harm or evil sought to be prevented by the law proscribing the offense at issue. The United States disagrees. Unlike the examples in the guideline, where there may be a neutral reason behind the crime (i.e. the possession of the grenade as a trophy), Defendant's conduct implied a threat to others, not just himself.

The United States believes that Defendant's mental and emotional conditions are relevant to the conditions of supervised release. The United States would request that supervised release be imposed since Defendant's immigration status appears to be unsettled, and that the special condition of supervised release under § 5D1.3(d)(5) be imposed.

Objection No. 3: Defendant's legal status and biographical information

The United States does not object to the correction requested by Defendant regarding his legal status. Undersigned counsel believes that there is an ICE detainer for this Defendant, but otherwise the immigration consequences following his release from prison are unknown. The United States does not object to corrections regarding his relatives. The United States does not object to a recommendation for substance abuse or mental health treatment.

Respectfully Submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By:  s/Emily K. Greenfield
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4811
emily.greenfield@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed this document with the clerk of the court through the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

s/Emily K. Greenfield
Assistant United States Attorney