UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
FILED
MAY 21 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 20-046-DCR |
| V. | ) | |
| CHEIKH GUEYE, | ) | **COURT'S ADVICE OF RIGHT TO APPEAL** |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

You are notified by this Court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review this case and determine that there has or has not been error of law.

If you are unable to pay for the cost of the appeal, you have a right to apply for leave to appeal **in forma pauperis**, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of this Court shall prepare and file forthwith a Notice of Appeal on your behalf. With few exceptions, this Notice of Appeal must be filed within 14 days from the date of entry of this judgment.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint your present attorney or another to prosecute the appeal for you.

You may request to be released on a reasonable bond pending the appeal.

ACKNOWLEDGMENT

The above statement has been read to me in open court and a copy furnished to me this ___ day of May, 2021.

_____
DEFENDANT

_____
Defendant's Attorney

Witness:

_____
(Deputy Clerk)

-1-